PHILIP COZENS  SBN #84051
1007 7th Street, Suite 500
Sacramento, California  95814
Telephone:  (916) 443-1504
Fax:  (916) 443-1511

Attorney for Defendant Anthony Y. Leung

IN THE UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>　　　　　Plaintiff,<br><br>　vs.<br><br>ANTHONY Y. LEUNG,<br><br>　　　　　Defendant | Case No.: CR-S-08-0300 JAM<br><br>STIPULATION AND ORDER TO CONTINUE HEARING<br><br>Date:　September 30, 2008<br>Time:　9:30 a.m.<br>Judge:　Hon. John A. Mendez. |

**IT IS HEREBY STIPULATED BY AND AMONG ALL PARTIES** that the Status Conference scheduled for September 30, 2008 at 9:30 a.m. be continued to October 14, 2008 at 9:30 a.m. in the same courtroom. Matthew D. Segal, Assistant United States Attorney, and Philip Cozens, Defendant's attorney, are requesting such continuance because Matthew D. Segal is in trial and will not be available on September 30, 2008.

　　　It is further stipulated that Defendant need not appear in Court on September 30, 2008, but must appear on October 14, 2008.

　　　It is further stipulated that the period from the date of this stipulation through and including October 14, 2008, be excluded in computing the time within which trial must

STIPULATION AND ORDER　　- 1 -

PDF created with pdfFactory trial version www.pdffactory.com

commence under the Speedy Trial Act, pursuant to 18 U.S.C. § 3161(h)(8)(B)(iv) and Local Code T4 for continuity and preparation of counsel.

**IT IS SO STIPULATED.**

DATE: September 24, 2008                        By:           /s/  Philip Cozens
                                                              PHILIP COZENS
                                                              Attorney for Defendant
                                                              ANTHONY Y. LEUNG


DATE: September 24, 2008                                      McGREGOR W. SCOTT
                                                              United States Attorney

                                                By:           /s/   Matthew D. Segal
                                                              MATTHEW D. SEGAL
                                                              Assistant U.S. Attorney


**IT IS SO ORDERED.**

Dated:  September 25, 2008


                                /s/ John A. Mendez
                                HON. JOHN A. MENDEZ
                                U.S. District Court Judge

STIPULATION AND ORDER        - 2 -

PDF created with pdfFactory trial version www.pdffactory.com