1  PHILIP COZENS  SBN #84051
2  1007 7th Street, Suite 500
   Sacramento, California  95814
3  Telephone:  (916) 443-1504
   Fax:  (916) 443-1511
4  Attorney for Defendant Anthony Y. Leung

9  IN THE UNITED STATES DISTRICT COURT
10  FOR THE EASTERN DISTRICT OF CALIFORNIA

12  UNITED STATES OF AMERICA,              ) Case No.: CR-S-08-0300 JAM
                                           )
13            Plaintiff,                   ) STIPULATION AND ORDER TO
                                           ) CONTINUE HEARING
14     vs.                                 )
                                           ) Date:   March 10, 2009
15  ANTHONY Y. LEUNG,                      ) Time:   9:30 a.m.
                                           ) Judge:  Hon. John A. Mendez.
16            Defendant                    )
                                           )

18  **IT IS HEREBY STIPULATED BY AND AMONG ALL PARTIES** that the
19  Judgement and Sentencing scheduled for March 10, 2009 at 9:30 a.m. be continued to April 21,
20  2009 at 9:30 a.m. in the same courtroom. Matthew D. Segal, Assistant United States Attorney,
21  and Philip Cozens, Defendant's attorney, are requesting such continuance because the United
22  States Probation Office has not yet finished the draft of its report due to the delay in interviewing
23  the defendant.
24     It is further stipulated that Defendant need not appear in Court on March 10, 2009, but
25  must appear on April 21, 2009.
26     It is further stipulated that the period from the date of this stipulation through and
27  including April 21, 2009, be excluded in computing the time within which trial must commence

STIPULATION AND ORDER         - 1 -

PDF created with pdfFactory trial version www.pdffactory.com

under the Speedy Trial Act, pursuant to 18 U.S.C. § 3161(h)(8)(B)(iv) and Local Code T4 for continuity and preparation of counsel.

**IT IS SO STIPULATED.**

DATE:  January 29, 2009                              By:            /s/  Philip Cozens
                                                                                PHILIP COZENS
                                                                                Attorney for Defendant
                                                                                ANTHONY Y. LEUNG


DATE:  January 29, 2009                                                McGREGOR W. SCOTT
                                                                                United States Attorney

                                                                      By:         /s/   Matthew D. Segal
                                                                                MATTHEW D. SEGAL
                                                                                Assistant U.S. Attorney




**IT IS SO ORDERED.**


Dated:  January 29, 2009



                                                           /s/ John A. Mendez
                                                           HON. JOHN A. MENDEZ
                                                           U.S. District Court Judge

PDF created with pdfFactory trial version www.pdffactory.com