| | |
|---|---|
| 1 | PHILIP COZENS  SBN #84051 |
| 2 | 1007 7th Street, Suite 500<br>Sacramento, California  95814 |
| 3 | Telephone:  (916) 443-1504<br>Fax:  (916) 443-1511 |
| 4 | Attorney for Defendant Anthony Y. Leung |

IN THE UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

| | | |
|---|---|---|
| UNITED STATES OF AMERICA,<br><br>            Plaintiff,<br><br>    vs.<br><br>ANTHONY Y. LEUNG,<br><br>            Defendant | ) <br> ) <br> ) <br> ) <br> ) <br> ) <br> ) <br> ) <br> ) <br> ) | Case No.: CR-S-08-0300 JAM<br><br>STIPULATION AND ORDER TO CONTINUE JUDGMENT AND SENTENCING<br><br>Date:  April 21, 2009<br>Time:  9:30 a.m.<br>Judge:  Hon. John A. Mendez. |

**IT IS HEREBY STIPULATED BY AND AMONG ALL PARTIES** that the Judgment and Sentencing scheduled for April 21, 2009 at 9:30 a.m. be continued to May 12, 2009 at 9:30 a.m. in the same courtroom. Matthew D. Segal, Assistant United States Attorney, and Philip Cozens, Defendant's attorney, are requesting such continuance because the United States Probation Office has not yet finished the draft of its report due to the delay in interviewing the defendant.

It is further stipulated that Defendant need not appear in Court on April 21, 2009, but must appear on May 12, 2009.

It is further stipulated that the period from the date of this stipulation through and including May 12, 2009, be excluded in computing the time within which trial must commence under the Speedy Trial Act, pursuant to 18 U.S.C. § 3161(h)(8)(B)(iv) and Local Code T4 for continuity and preparation of counsel.

STIPULATION AND ORDER       - 1 -

PDF created with pdfFactory trial version www.pdffactory.com

**IT IS SO STIPULATED.**

DATE: April 17, 2009          By:     /s/ Philip Cozens
PHILIP COZENS
Attorney for Defendant
ANTHONY Y. LEUNG

DATE: April 17, 2009                 LAWRENCE BROWN
United States Attorney

                                   By:     /s/ Matthew D. Segal
MATTHEW D. SEGAL
Assistant U.S. Attorney

**IT IS SO ORDERED.**

Dated: April 20, 2009

                               /s/ John A. Mendez
HON. JOHN A. MENDEZ
U.S. District Court Judge

STIPULATION AND ORDER    - 2 -

PDF created with pdfFactory trial version www.pdffactory.com