PHILIP COZENS  SBN #84051

1007 7th Street, Suite 500
Sacramento, California  95814
Telephone:  (916) 443-1504
Fax:  (916) 443-1511

Attorney for Defendant Anthony Y. Leung

IN THE UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>    Plaintiff,<br><br>vs.<br><br>ANTHONY Y. LEUNG,<br><br>    Defendant | Case No.: CR-S-08-0300 JAM<br><br>AMENDED STIPULATION AND ORDER TO CONTINUE JUDGMENT AND SENTENCING<br><br>Date:  April 21, 2009<br>Time:  9:30 a.m.<br>Judge:  Hon. John A. Mendez. |

**IT IS HEREBY STIPULATED BY AND AMONG ALL PARTIES** that the Judgment and Sentencing scheduled for April 21, 2009 at 9:30 a.m. be continued to May 12, 2009 at 9:30 a.m. in the same courtroom. Philip Cozens, Defendant's attorney, is requesting such continuance because he is in trial in Placer County and will not be available until the second week in May. Matthew Segal, Assistant United States Attorney, concurs with this request for continuance.

It is further stipulated that Defendant need not appear in Court on April 21, 2009, but must appear on May 12, 2009.

It is further stipulated that the period from the date of this stipulation through and including May 12, 2009, be excluded in computing the time within which trial must commence under the Speedy Trial Act, pursuant to 18 U.S.C. § 3161(h)(8)(B)(iv) and Local Code T4 for continuity and preparation of counsel.

**IT IS SO STIPULATED.**

STIPULATION AND ORDER    - 1 -

PDF created with pdfFactory trial version www.pdffactory.com

| | | |
|---|---|---|
| DATE: April 20, 2009 | By: | /s/ Philip Cozens<br>PHILIP COZENS<br>Attorney for Defendant<br>ANTHONY Y. LEUNG |
| DATE: April20, 2009 | | LAWRENCE BROWN<br>United States Attorney |
| | By: | /s/ Matthew D. Segal<br>MATTHEW D. SEGAL<br>Assistant U.S. Attorney |

**IT IS SO ORDERED.**

Dated: April 21, 2009

/s/ John A. Mendez
HON. JOHN A. MENDEZ
U.S. District Court Judge

PDF created with pdfFactory trial version www.pdffactory.com